# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Laura Lynn Insalaco | § | Case No. 10-01787 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/19/2010 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 45,319.66 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 21,725.73 |
| Bank service fees | | 142.85 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 8,451.08 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2017 and the deadline for filing governmental claims was 01/17/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,781.97 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,781.97 , for a total compensation of $ 3,781.97 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2018          By:/s/Joji Takada, Chapter 7 Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-01787 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Laura Lynn Insalaco | | | | Date Filed (f) or Converted (c): | 01/19/2010 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2010 |
| For Period Ending: | 02/15/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9205 West Westinghouse Court, Mokea IL 60448-8892 | 211,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash  Location: In debtor's possession. | 75.00 | 75.00 | | 0.00 | 0.00 |
| 3. Checking & Savings Account with Bank of America  (Combined average end of month totals) Location: In debtor's possession. | 200.00 | 200.00 | | 0.00 | 0.00 |
| 4. Misc. Household Goods  Location: In debtor's possession | 1,250.00 | 1,250.00 | | 0.00 | 0.00 |
| 5. Clothing  Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 401k - new plan thru current employer  Chicago Art Production Services Location: In debtor's possession | 475.00 | 475.00 | | 0.00 | 0.00 |
| 7. IRA with DWA - remaining balance in IRA  Started approx. 10 years ago Location: In debtor's possession | 1,200.00 | 1,200.00 | | 0.00 | 0.00 |
| 8. Investment Account - small account with TD Ameritrade  Location: In debtor's possession | 400.00 | 400.00 | | 0.00 | 0.00 |
| 9. Income Tax Refund - 2008 & 2009  Estimated: 2008 likely zero, 2009 est. @$500.00 Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | 0.00 |
| 10. Car - 2003 Chevy Malibu with 92,000 miles  fair condition. Kelly blue book value of $2,690 for provate party sale in fair condition (debtor paid 3,800) Location: In debtor's possession | 2,690.00 | 2,690.00 | | 0.00 | 0.00 |
| 11. Laptop & inject printer  (Gateway laptop purchase refurbished 2 years ago for $400.00 from Tiger Direct and ink jet printer $40 when new) Location: In debtor's possession | 200.00 | 200.00 | | 0.00 | 0.00 |
| 12. Dog - Spaniel (6 years old)  Location: In debtor's possession | Unknown | 0.00 | | 0.00 | 0.00 |
| 13. Cell phone  Location: In debtor's possession | 50.00 | 50.00 | | 0.00 | 0.00 |
| 14. Digital Camera  Location: In debtor's possession | 75.00 | 75.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-01787 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Laura Lynn Insalaco | | | | Date Filed (f) or Converted (c): | 01/19/2010 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2010 |
| For Period Ending: | 02/15/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Liability Claim with Boston Scientific for faulty mesh/sling (u) | 45,000.00 | 45,000.00 | | 45,319.66 | FA |
| 16. Personal Injury Lawsuit (u)  Liability claim with Ethicon for faulty mesh/sling surgery | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $265,115.00  $52,115.00  $45,319.66  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened for undisclosed asset; Retain special counsel and file motion to approve settlement. - Joji Takada 12/20/2016

Two PI claims; One PI case settled. - Joji Takada 5/10/2017

Second PI case evaluated by PI counsel and not pursued; Proceed to distribution and close case. - Joji Takada 9/15/2017

TFR with UST review. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 12/30/2017      Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD    Exhibit B

| Case No: | 10-01787 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Laura Lynn Insalaco | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0437 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8637 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/17 | | Andrus Wagstaff | Settlement payment | | | $40,815.40 | | $40,815.40 |
| | | | Gross Receipts | $45,319.66 | | | | |
| | | Common benefit fund for multi-district litigation | Administrative Expense | ($2,265.98) | 2500-000 | | | |
| | | Lien resolution/claims administration fee | Administrative Expense | ($614.33) | 2500-000 | | | |
| | | Individual client reimburseable expenses | Administrative Expense | ($1,355.94) | 2500-000 | | | |
| | | Pro rata share of general reimburseable expenses | Administrative Expense | ($243.01) | 2500-000 | | | |
| | | Administrative fee | Administrative Expense | ($25.00) | 2500-000 | | | |
| | 15 | | Liability Claim with Boston Scientific for faulty mesh/sling | $45,319.66 | 1249-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $40,805.40 |
| 05/09/17 | 1001 | Andrus Wagstaff Attn: Sarah Wolter 7171 West Alaska Drive Lakewood, Colorado 80226 | Payment to trustee professional Special counsel fee | | 3210-000 | | $17,221.47 | $23,583.93 |
| 05/16/17 | 1002 | Insalaco, Laura Lynn c/o LAW OFFICE OF CARY BROWN 7220 WEST 194TH STREET SUITE 107 TINLEY PARK, IL 60477 | Exemption Debtor's personal bodily injury exemption | | 8100-002 | | $15,000.00 | $8,583.93 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $58.28 | $8,525.65 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $12.28 | $8,513.37 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $12.66 | $8,500.71 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $12.64 | $8,488.07 |

Page Subtotals:    $40,815.40    $32,327.33

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-01787 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Laura Lynn Insalaco | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0437 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8637 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.21 | $8,475.86 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $8,463.26 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.18 | $8,451.08 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,815.40 | $32,364.32 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,815.40 | $32,364.32 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $40,815.40 | $17,364.32 |

Page Subtotals: $0.00    $36.99

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0437 - Checking | $40,815.40 | $17,364.32 | $8,451.08 |
|  | $40,815.40 | $17,364.32 | $8,451.08 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $4,504.26 |
|---|---|
| Total Net Deposits: | $40,815.40 |
| Total Gross Receipts: | $45,319.66 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-01787  
Debtor Name: Laura Lynn Insalaco  
Claims Bar Date: 1/17/2017  

Date: February 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99<br>8100 | Laura Lynn Insalaco<br>c/o LAW OFFICE OF CARY BROWN<br>7220 WEST 194TH STREET<br>SUITE 107<br>TINLEY PARK, IL 60477 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $3,781.97 | $3,781.97 |
| 100<br>3210 | Andrus Wagstaff<br>Attn: Sarah Wolter<br>7171 West Alaska Drive<br>Lakewood, Colorado 80226 | Administrative | | $0.00 | $17,221.47 | $17,221.47 |
| 1<br>280<br>5800 | Irs (Dept. Of Treasury)<br>Cincinnati, Oh 45999-0030 | Priority | | $0.00 | $3,125.13 | $3,125.13 |
| 300<br>7100 | Irs (Dept. Of Treasury)<br>Cincinnati, Oh 45999-0030 | Unsecured | | $0.00 | $8,343.91 | $8,343.91 |
| 2<br>300<br>7100 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,570.75 | $2,570.75 |
| | Case Totals | | | $0.00 | $50,043.23 | $50,043.23 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-01787
Case Name: Laura Lynn Insalaco
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 8,451.08

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,781.97 | $ 0.00 | $ 3,781.97 |
| Attorney for Trustee Fees: Andrus Wagstaff | $ 17,221.47 | $ 17,221.47 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,781.97

Remaining Balance $ 4,669.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,125.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Irs (Dept. Of Treasury) | $ 3,125.13 | $ 0.00 | $ 3,125.13 |

| | Total to be paid to priority creditors | $ 3,125.13 |
|---|---|---|
| | Remaining Balance | $ 1,543.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,914.66 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Irs (Dept. Of Treasury) | $ 8,343.91 | $ 0.00 | $ 1,180.32 |
| 2 | Capital One Bank (USA), N. A. | $ 2,570.75 | $ 0.00 | $ 363.66 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,543.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE