# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Laura Lynn Insalaco | § | Case No. 10-01787 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 24,115.00

Total Distributions to Claimants: 4,669.11

Claims Discharged Without Payment: 9,370.68

Total Expenses of Administration: 25,650.55

---

3) Total gross receipts of $ 45,319.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 30,319.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,650.55 | 25,650.55 | 25,650.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,125.13 | 3,125.13 | 3,125.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 10,914.66 | 10,914.66 | 1,543.98 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 39,690.34 | $ 39,690.34 | $ 30,319.66 |

4) This case was originally filed under chapter 7 on 01/19/2010. The case was pending for 100 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2018         By: /s/Joji Takada, Chapter 7 Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liability Claim with Boston Scientific for faulty mesh/sling | 1249-000 | 45,319.66 |
| **TOTAL GROSS RECEIPTS** | | **$45,319.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Insalaco, Laura Lynn | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,781.97 | 3,781.97 | 3,781.97 |
| Administrative fee | 2500-000 | NA | 25.00 | 25.00 | 25.00 |
| Common benefit fund for multi-district litigation | 2500-000 | NA | 2,265.98 | 2,265.98 | 2,265.98 |
| Individual client reimburseable expenses | 2500-000 | NA | 1,355.94 | 1,355.94 | 1,355.94 |
| Lien resolution/claims administration fee | 2500-000 | NA | 614.33 | 614.33 | 614.33 |
| Pro rata share of general reimburseable expenses | 2500-000 | NA | 243.01 | 243.01 | 243.01 |
| Associated Bank | 2600-000 | NA | 142.85 | 142.85 | 142.85 |
| Andrus Wagstaff | 3210-000 | NA | 17,221.47 | 17,221.47 | 17,221.47 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,650.55 | $ 25,650.55 | $ 25,650.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Irs (Dept. Of Treasury) | 5800-000 | NA | 3,125.13 | 3,125.13 | 3,125.13 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,125.13 | $ 3,125.13 | $ 3,125.13 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | NA | 2,570.75 | 2,570.75 | 363.66 |
| | Irs (Dept. Of Treasury) | 7100-000 | NA | 8,343.91 | 8,343.91 | 1,180.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 10,914.66 | $ 10,914.66 | $ 1,543.98 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-01787 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Laura Lynn Insalaco | | | | Date Filed (f) or Converted (c): | 01/19/2010 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2010 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 9205 West Westinghouse Court, Mokea IL 60448-8892 | 211,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash<br><br>Location: In debtor's possession. | 75.00 | 75.00 | | 0.00 | 0.00 |
| 3. Checking & Savings Account with Bank of America<br><br>(Combined average end of month totals)<br>Location: In debtor's possession. | 200.00 | 200.00 | | 0.00 | 0.00 |
| 4. Misc. Household Goods<br><br>Location: In debtor's possession | 1,250.00 | 1,250.00 | | 0.00 | 0.00 |
| 5. Clothing<br><br>Location: In debtor's possession | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 401k - new plan thru current employer<br><br>Chicago Art Production Services<br>Location: In debtor's possession | 475.00 | 475.00 | | 0.00 | 0.00 |
| 7. IRA with DWA - remaining balance in IRA<br><br>Started approx. 10 years ago<br>Location: In debtor's possession | 1,200.00 | 1,200.00 | | 0.00 | 0.00 |
| 8. Investment Account - small account with TD Ameritrade<br><br>Location: In debtor's possession | 400.00 | 400.00 | | 0.00 | 0.00 |
| 9. Income Tax Refund - 2008 & 2009<br><br>Estimated: 2008 likely zero, 2009 est. @$500.00<br>Location: In debtor's possession | 500.00 | 500.00 | | 0.00 | 0.00 |
| 10. Car - 2003 Chevy Malibu with 92,000 miles<br><br>fair condition. Kelly blue book value of $2,690 for provate party sale in fair condition (debtor paid 3,800)<br>Location: In debtor's possession | 2,690.00 | 2,690.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-01787 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Laura Lynn Insalaco | | | | Date Filed (f) or Converted (c): | 01/19/2010 (f) |
| | | | | | 341(a) Meeting Date: | 04/08/2010 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Laptop & inject printer  (Gateway laptop purchase refurbished 2 years ago for $400.00 from Tiger Direct and ink jet printer $40 when new) Location: In debtor's possession | 200.00 | 200.00 | | 0.00 | 0.00 |
| 12. Dog - Spaniel (6 years old)  Location: In debtor's possession | Unknown | 0.00 | | 0.00 | 0.00 |
| 13. Cell phone  Location: In debtor's possession | 50.00 | 50.00 | | 0.00 | 0.00 |
| 14. Digital Camera  Location: In debtor's possession | 75.00 | 75.00 | | 0.00 | 0.00 |
| 15. Liability Claim with Boston Scientific for faulty mesh/sling (u) | 45,000.00 | 45,000.00 | | 45,319.66 | FA |
| 16. Personal Injury Lawsuit (u)  Liability claim with Ethicon for faulty mesh/sling surgery | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $265,115.00        $52,115.00        $45,319.66        $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Case reopened for undisclosed asset; Retain special counsel and file motion to approve settlement. - Joji Takada 12/20/2016

Two PI claims; One PI case settled. - Joji Takada 5/10/2017

Second PI case evaluated by PI counsel and not pursued; Proceed to distribution and close case. - Joji Takada 9/15/2017

TFR with UST review. - Joji Takada 12/15/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018


Initial Projected Date of Final Report (TFR): 12/30/2017        Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-01787 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Laura Lynn Insalaco | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0437 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8637 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/17 | | Andrus Wagstaff | Settlement payment | | $40,815.40 | | $40,815.40 |
| | | | Gross Receipts $45,319.66 | | | | |
| | | Common benefit fund for multi-district litigation | Administrative Expense ($2,265.98) | 2500-000 | | | |
| | | Lien resolution/claims administration fee | Administrative Expense ($614.33) | 2500-000 | | | |
| | | Individual client reimburseable expenses | Administrative Expense ($1,355.94) | 2500-000 | | | |
| | | Pro rata share of general reimburseable expenses | Administrative Expense ($243.01) | 2500-000 | | | |
| | | Administrative fee | Administrative Expense ($25.00) | 2500-000 | | | |
| | 15 | | Liability Claim with Boston Scientific for faulty mesh/sling $45,319.66 | 1249-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $40,805.40 |
| 05/09/17 | 1001 | Andrus Wagstaff Attn: Sarah Wolter 7171 West Alaska Drive Lakewood, Colorado 80226 | Payment to trustee professional Special counsel fee | 3210-000 | | $17,221.47 | $23,583.93 |
| 05/16/17 | 1002 | Insalaco, Laura Lynn c/o LAW OFFICE OF CARY BROWN 7220 WEST 194TH STREET SUITE 107 TINLEY PARK, IL 60477 | Exemption Debtor's personal bodily injury exemption | 8100-002 | | $15,000.00 | $8,583.93 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.28 | $8,525.65 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.28 | $8,513.37 |

Page Subtotals: $40,815.40 $32,302.03

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-01787  
Case Name: Laura Lynn Insalaco  
Taxpayer ID No: XX-XXX8637  
For Period Ending: 04/15/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0437  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.66 | $8,500.71 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.64 | $8,488.07 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.21 | $8,475.86 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $8,463.26 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.18 | $8,451.08 |
| 03/23/18 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,781.97 | $4,669.11 |
| 03/23/18 | 1004 | Irs (Dept. Of Treasury)<br>Cincinnati, Oh 45999-0030 | Final distribution per court order. | 5800-000 | | $3,125.13 | $1,543.98 |
| 03/23/18 | 1005 | Irs (Dept. Of Treasury)<br>Cincinnati, Oh 45999-0030 | Final distribution per court order. | 7100-000 | | $1,180.32 | $363.66 |
| 03/23/18 | 1006 | Capital One Bank (USA), N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution per court order. | 7100-000 | | $363.66 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $40,815.40 | $40,815.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,815.40 | $40,815.40 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $40,815.40 | $25,815.40 |

Page Subtotals: $0.00   $8,513.37

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0437 - Checking | $40,815.40 | $25,815.40 | $0.00 |
|  | $40,815.40 | $25,815.40 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $4,504.26 |
| Total Net Deposits: | $40,815.40 |
| Total Gross Receipts: | $45,319.66 |

Page Subtotals: $0.00 $0.00